ESTHER SILVER, Respondent, *v.* CITY OF YONKERS et al., Appellants. (Actions 1 and 2.)

LILLIAN SILVER, Respondent, *v.* CITY OF YONKERS et al., Appellants.

HARRY SILVER, Respondent, *v.* CITY OF YONKERS et al., Appellants.

(Argued April 3, 1931; decided May 12, 1931.)

*Harry J. Laragh*, Corporation Counsel (*Vincent C. De Carlo* of counsel), for City of Yonkers, appellant.

*Charles H. Lane* and *Alfred W. Andrews* for Yonkers Contracting Company, appellant.

*Clarence Alexander* for Anthony Cianciulli, appellant.

*Ralph Earl Prime, Jr.*, for respondents.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and HUBBS, JJ. Not sitting: O'BRIEN, J.